The West Side Trust and Savings Bank, appellant, v. Abe Lopoten, appellee. Gen. No. 36,555.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

John M. Lee and Joseph B. Alexander, for appellant. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Herman Guth and Hattie Guth, appellees, v. Greenebaum Sons Bank and Trust Company and John D. Clancy, appellants. Gen. No. 36,570.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

John D. Clancy, pro se. Joseph A. Weber, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Gordon Leineke, a minor, by Sophia E. Leineke, his mother and next friend, appellee, v. Robert Salisbury, appellant. Gen. No. 36,580.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel. Royal W. Irwin, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Mercantile Discount Corporation, appellant, v. John J. Conway, appellee. Gen. No. 36,589.

Opinion filed February 7, 1934.

Samuel Simon, for appellant; Aronin & Ehardt, of counsel. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.